**LAW OFFICES OF LES ZIEVE**
**BRIAN H. TRAN, ESQ. #255577**
**LESLIE M. KLOTT, ESQ. #279622**
**30 Corporate Park, Suite 450**
**Irvine, CA 92606**
**Phone: (714) 848-7920**
**Facsimile: (714) 908-7807**
**Email: bankruptcy@zievelaw.com**

Counsel for Secured Creditor,
Ocwen Loan Servicing, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 14-43349 |
| Ronald Wallace Parker, | Chapter 13 |
| Debtor. | **REQUEST FOR SPECIAL NOTICE** |
| _____ | |

**TO THE CLERK OF THE COURT, THE U.S. TRUSTEE, DEBTOR AND THE ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. §§ 102(1) and 1109 (b), Ocwen Loan Servicing, LLC, a Creditor in the above-referenced case, hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to the Creditor, at the following address, and to BRIAN H. TRAN, ESQ., at the following office and address and that the following counsel for Ocwen Loan Servicing, LLC, be included on the master mailing list:

**OCWEN LOAN SERVICING, LLC**
**c/o Brian H. Tran, Esq.**
**LAW OFFICES OF LES ZIEVE**
**30 Corporate Park, Suite 450**
**Irvine, CA 92606**
**Telephone: (714) 848-7920**
**Fax Number: (714) 908-7807**
**bankruptcy@zievelaw.com**

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way right or interests of the Debtor.

DATED: April 8, 2015,

Respectfully submitted,

LAW OFFICES OF LES ZIEVE

/s/ Brian H. Tran
_____
By: BRIAN H. TRAN
Counsel for Secured Creditor,
Ocwen Loan Servicing, LLC