B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

**In re** Ronald Wallace Parker; ,   **Case No.** 14-43349

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus | Ocwen Loan Servicing, LLC |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

**Name and Address where notices to transferee should be sent:**
Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

Phone: _____
**Last Four Digits of Acct #:** XXXX6213

**Court Claim # (if known):** 9
**Amount of Claim:** 389,901.12
**Date Claim Filed:** 04/07/2015

Phone: _____
Last Four Digits of Acct #:

**Name and Address where transferee payments should be sent (if different from above):**

Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

Phone: _____
**Last Four Digits of Acct #:** XXXX6213

I declare under penalty of perjury that the information provided in this notice is true and correct to the best upon my knowledge and belief.

By: _/s/ Lisa Singer_____   Date: September 11, 2015
Lisa Singer
Transferee/Transferee's Agent
Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Rd. Plainview, NY 11803

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Transfer of Claim has been served via Electronic Case Filing on the following parties:

Patrick L. Forte, Esq.
Debtor(s) Attorney

Martha G. Bronitsky Esq
Chapter 13 Trustee

September 15 2015

Felicia Stellman