

PATRICK L. FORTE #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

The following constitutes
the order of the court. Signed May 18, 2016

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 14-43349 CN |
| **RONALD WALLACE PARKER,** | Chapter 13 |
| Debtor. | <u>ORDER SHORTENING TIME</u> |
| _____/ | |

Upon reviewing and considering the Ex Parte Motion of Debtor to shorten time for Chase Bank to object and request a hearing on the Motion to Modify Chapter 13 Plan, and good cause appearing therefor,

IT IS ORDERED that the time for service of the Notice & Opportunity for Hearing re the Motion to Modify Chapter 13 Plan, docket entry #40, is shortened to three(3) days.

**END OF ORDER**

Page 1 of 2

## COURT SERVICE LIST

'No physical service required'