

Entered on Docket
May 26, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRICK L. FORTE #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

The following constitutes
the order of the court. Signed May 26, 2016

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 14-43349 CN |
| **RONALD WALLACE PARKER**, | Chapter 13 |
| Debtor. / | <u>ORDER MODIFYING CHAPTER 13 PLAN</u> |

The above named debtor having served a Motion to Modify Chapter 13 Plan on May 18, 2016, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtors' Motion to Modify Plan filed on May 17, 2016, as docket #40, and attached modified plan exhibit is approved;

**IT IS FURTHER ORDERED** that the escrow #1117016494-JS which is pending at Republic Title Company for the sale of debtor's real property located at 70 Orion Court, El Sobrante, CA may close. The claim of OneWest Bank FSB, claim #5-1, for pre-petition mortgage arrears of $29,460.93 and the claim of Ocwen/Fed National Mortgage c/o Seterus, Inc., claim #9-1 for pre-petition mortgage arrears of $12,231.68 shall be paid through the Trustee's office by way of a check exchange between

the Trustee and Old Republic Title Company, which shall include the Trustee's fee for the payment of OneWest's claim and Ocwen's claim. The unpaid principal balances of OneWest's and Ocwen's loans shall be paid directly out of escrow.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'